United States District Court
Southern District of Texas
**ENTERED**
June 29, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **ROGIERO MONTEMAYOR,** § § | |
| Plaintiff, § | |
| VS. § | **CIVIL ACTION NO. 5:17-CV-236** |
| § | |
| **US BOS EXPEDITE, LLC,** *et al.*, § § | |
| Defendants. § | |

## DIRECTIVE TO CLERK OF COURT

The parties have submitted a proposed "Agreed Take-Nothing Judgment" (Dkt. 11), which the Court construes as a self-effectuating joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) because it is signed by all parties. Accordingly, this case is dismissed,[1] and the Clerk of Court is hereby DIRECTED to TERMINATE this case.

SIGNED this 29th day of June, 2018.

_____
Diana Saldaña
United States District Judge

---

[1] The parties did not explicitly state whether the dismissal is with prejudice or without prejudice. However, the dismissal appears to be with prejudice because "[a] take nothing judgment . . . is a judgment on the merits, and is inconsistent with a dismissal without prejudice." *See Qaddura v. Indo-European Foods, Inc.*, 141 S.W.3d 882, 894 (Tex. App.—Dallas 2004, pet. denied); *accord Howeth Invs., Inc. v. White*, 227 S.W.3d 205, 211 (Tex. App.—Houston [1st Dist.] 2007, no pet.) ("A take-nothing judgment is one on the merits.").